No. 216. IN RE ESTATE OF WILLIAMS. (Certiorari to the Supreme Court of Pennsylvania denied, 375 U. S. 821, rehearing denied, 375 U. S. 936.) The motion for docketing and submission of petitioner's motion to remand for consideration on the merits is denied. *Paul Ginsburg* on the motion.

No. 381. MEYERS, SECRETARY OF STATE OF WASHINGTON, *v.* THIGPEN ET AL. On appeal from the United States District Court for the Western District of Washington. The application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, is granted and the judgment of the United States District Court for the Western District of Washington of May 27, 1963, is stayed pending the issuance of the judgment of this Court. *John J. O'Connell,* Attorney General of Washington, *Philip H. Austin,* Assistant Attorney General, and *Lyle L. Iversen,* Special Assistant Attorney General, for appellant. *Vincent H. D. Abbey* for Thigpen, and *Stimson Bullitt* for the League of Women Voters of Washington, Inc., appellees.

No. 669. HATTIESBURG BUILDING & TRADES COUNCIL ET AL. *v.* BROOME, DOING BUSINESS AS BROOME CONSTRUCTION & MAINTENANCE CO., ET AL. On petition for writ of certiorari to the Supreme Court of Mississippi. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 749. KELLER *v.* WISCONSIN EX REL. STATE BAR OF WISCONSIN. On petition for writ of certiorari to the Supreme Court of Wisconsin. The Solicitor General is invited to file a brief expressing the views of the United States on the extent of the authority granted by a license to practice issued by the Interstate Commerce Commission as applied to the activities involved in this case.